1  ANTHONY J. ORSHANSKY, Cal. Bar No. 199364
   anthony@counselonegroup.com
2  ALEXANDRIA R. KACHADOORIAN, Cal. Bar No. 240601
   alexandria@counselonegroup.com
3  JUSTIN KACHADOORIAN, Cal. Bar No. 260356
   justin@counselonegroup.com
4  COUNSELONE, P.C.
   9301 Wilshire Boulevard, Suite 650
5  Beverly Hills, California 90210
   Telephone: (310) 277-9945
6  Facsimile:  (424) 277-3727

7  Attorneys for Plaintiff MARCHE MEEKS,
   on behalf of himself and others similarly situated
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO WILD WINGS, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-02673-PA-AS<br><br>[Assigned to the Honorable Percy Anderson]<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Marche Meeks voluntarily dismisses the following defendants without prejudice: Buffalo Wild Wings, Inc.; Blazin Wings, Inc.; Wingmen V, LLC; and Does 1 through 50, inclusive.

DATED:	April 25, 2018	COUNSELONE, PC

By /s/ Justin Kachadoorian
Anthony J. Orshansky
Alexandria R. Kachadoorian
Justin Kachadoorian

*Attorneys for Plaintiff Marche Meeks*